# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>HAYDEN D. CIARDI<br><br>*Defendant* | )<br>)<br>) Case No. 6:21-po-00445 HBK<br>)<br>)<br>) |

**ORDER TO PAY**
**PROBATION PURSUANT TO A DEFERRED JUDGMENT**
**AGREEMENT BETWEEN THE PARTIES**

    The defendant having been found guilty of an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

    **IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.

Date:  11/03/2021

*(signature)*
**Helena Barch-Kuchta**
*United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of unsupervised probation by 9/28/ 2022.

2. The defendant shall pay $490.00 fine and $10.00 special assessment for a total payment of $500.00. The first $250.00 is due on or before 4/04/2022 and the second $250 is due on or before 9/03/2022.

   CENTRAL VIOLATIONS BUREAU
   PO BOX 780549
   San Antonio, TX 78278
   1-800-827-2982-or-
   Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

   Citation #E1161905 Location Code CA 76

3. The defendant shall report to the US Marshals office for post plea booking within 45 days or by 12/18/2021.

4. The defendant is ordered to personally appear for an Initial Probation Review Hearing on 5/13/2022 and Final Review Hearing on 10/04/2022 at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.

5. The defendant shall complete an online DMV Traffic School Course no later than April 4, 2022.

6. The defendant shall abstain from the possession or use of any controlled substance unless it is prescribed by a medical doctor.

7. Two weeks before the Initial and Final Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on Judge Barch-Kuchta's webpage. Prior only to the Final Review Hearing, if defendant is in full compliance with all terms of his probation and the government agrees, defendant may move to vacate the Final Review Hearing and terminate probation.
   (See Defendant's Probation Review Status Report -attached)

# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| Plaintiff, | ) ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| Click here to enter text., | ) ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**

**Sentence Date:** Click here to enter a date.

**Review Hearing Date:** Click here to enter a date.

**Probation Expires On:** Click here to enter a date.

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $ which Total Amount is made up of a Fine: $ Special Assessment: $ Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

 If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
 ☐ If not paid in full when was last time payment: Date: Click here to enter a date.
 Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

### GOVERNMENT POSITION:

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at       Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  Click here to enter a date.                                  _____
                                                                        DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____                                  _____
                                                                        **HELENA M. BARCH-KUCHTA**
                                                                        United States Magistrate Judge